**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LIONEL LUNA GARCIA, | Case No. CV 26-05823-SPG (AS) |
|               Petitioner, | **ORDER ACCEPTING FINDINGS,** |
|    v. | **CONCLUSIONS AND** |
| FERETI SEMAIA, ET. AL., | **RECOMMENDATIONS OF UNITED** |
|              Respondents. | **STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein, the attached Report and Recommendation of United States Magistrate Judge, to which no objections were filed. Accordingly, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

**IT IS ORDERED** that Judgment be entered granting the Petition, and ordering Respondents to immediately release Petitioner Lionel Luna Garcia (A 215748109) without the imposition of any restraints

on his liberty, such as reporting requirements, GPS, or electronic monitoring.

   **IT IS FURTHER ORDERED** that Respondents file a status report within two (2) days confirming Petitioner's release from custody.

   **IT IS FURTHER ORDERED** that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on Petitioner and counsel for Respondent.

   LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: June 30, 2026

_____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

2