JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LIONEL LUNA GARCIA,<br><br>                  Petitioner,<br><br>        v.<br><br>FERETI SEMAIA, ET. AL.,<br><br>                  Respondents. | Case No. CV 26-05823-SPG (AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition is GRANTED.

DATED: June 30, 2026

_____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE